IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PATRICK AARON BRADDOCK,**
**#437766**                                                                                       **PLAINTIFF**

v.                                           CIVIL NO. 1:21-cv-65-HSO-RHWR

**UNKNOWN PIPPINS**
**and JOHN DOES**                                                                   **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of October, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE